IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAMSON BROTHERS GENERAL
CONTRACTING & CONSULTING, INC.
(a/a/o TERRA VERDE COUNTRY CLUB
MASTER ASSOCIATION, INC.),

    Plaintiff,                                                  Case No.: _____

vs.

BRIERFIELD INSURANCE COMPANY

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, BRIERFIELD INSURANCE COMPANY (hereinafter "BRIERFIELD"), pursuant to 28 U.S.C. § 1441(a), removes an action pending in the Circuit Court of the Twentieth Judicial Circuit of Florida, in and for Lee County, styled *Williamson Brothers General Contracting & Consulting, Inc. a/a/o Terra Verde Country Club Master Association, Inc. vs. Brierfield Insurance Company,* Case No. 2019-CA-3601, where Plaintiff, Williamson Brothers General Contracting & Consulting, Inc. ("Williamson Brothers") sued Defendant, and states:

## TIMELY NOTICE OF REMOVAL

1. Plaintiff sued Defendant in the Twentieth Judicial Circuit Court in and for Lee County, Florida on June 11, 2019. Defendant was served on June 13, 2019, by the State of Florida Department of Financial Services. In addition, the complaint establishes that the amount in contro exceeds $75,000. Therefore, this Notice of Removal is filed timely within 30 days of formal service upon Defendant through service

1

of the initial pleading, pursuant to 28 U.S.C. § 1446(b), and within a year of the filing of the lawsuit.

## VENUE

2. Venue is proper in the United States District Court for the Middle District of Florida, Fort Myers Division, because the state court action originated in Lee County, Florida.[1]

## JURISDICTION

3. This Court has jurisdiction. The state court action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332(a) because Plaintiff on the one hand and Defendant on the other are completely diverse and the amount in controversy exceeds $75,000, exclusive of interest and costs. Defendant is entitled to remove this action pursuant to 28 U.S.C. § 1441.

## COMPLETE DIVERSITY EXISTS

4. At the time of the lawsuit and the filing of this Notice of Removal, there was and still is complete diversity between Plaintiff (a Florida Profit Corporation) on the one hand and Defendant (not a Florida citizen) on the other.

5. Defendant BRIERFIELD is not a citizen of Florida. It is not incorporated under the laws of Florida and does not have its principal place of business in Florida. It is a corporation organized under the laws of the State of Mississippi, and its principal place of business is in Mississippi. Accordingly, **BRIERFIELD is a citizen of Mississippi** for purposes of determining diversity under 28 U.S.C. § 1332(c) (1).

---

[1] *See* Local Rule 1.02.

6. Plaintiff, Williamson Brothers, was and is a Florida Profit Corporation with its principal place of business in Florida. The Articles of Incorporation provide that the principal place of business is located in Cape Coral, Florida.[2] Accordingly, **Williamson Brothers is a citizen of Florida** for purposes of determining diversity under 28 U.S.C. § 1332(c) (1).

7. As such, complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

8. At no time were Plaintiff and Defendant citizens of the same state for purposes of this removal.

## **AMOUNT IN CONTROVERSY EXCEEDS $75,000**

9. Plaintiff sued Defendant for breach of an insurance policy for alleged failure to fully pay a covered loss.

10. Plaintiff prepared an estimate in the amount of $313,807.75 for damages to the Insured's building.[3] Therefore the amount in controversy is in excess of $300,000, exceeding the $75,000 amount in controversy required for diversity jurisdiction, exclusive of interest and costs.

## **COMPLIANCE WITH 28 U.S.C. § 1446**

11. Defendant files copies of all process, pleadings, and orders served on it, and such other papers that are exhibits, as required by 28 U.S.C. § 1446, and the Local Rules of this Court.[4]

---

[2] *See*, Exhibit "A", Articles of Incorporation.
[3] *See* Exhibit "B", Estimate attached to the Complaint.
[4] *See* Local Rule 4.02 (b).

12.     Pursuant to 28 U.S.C. § 1446(d), Defendant provides written notice of the filing of the Notice of Removal, along with copies of this Notice of Removal and all attachments, to all adverse parties and with the Clerk of Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida.  Attached to this notice is a copy of all process, pleadings, and orders served upon Defendant, as required by 28 U.S.C. § 1446(a) see Composite Exhibit C.

BUTLER WEIHMULLER KATZ CRAIG LLP

_____
THOMAS A. KELLER
Florida Bar No.:  0153354
tkeller@butler.legal
Secondary: knieman@butler.legal
              lfarrel@butler.legal
400 North Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone:   (813) 281-1900
Facsimile:    (813) 281-0900
*Attorneys for Defendant, Brierfield Insurance Company*

(Certificate of Service to Follow)

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2019, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

>Margaret E. Garner, Esq.
>Kanner & Pintaluga, P.A.
>925 S. Federal Highway, Sixth Floor
>Boca Raton, FL 33432
>jedwards@kpattorney.com
>griccio@kpattorney.com
>firstpartyeservice@kpattorney.com
>*Attorneys for Plaintiff*

_____
THOMAS A. KELLER, ESQ.