```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION

WILLIAMSON BROTHERS GENERAL
CONTRACTING & CONSULTING and
A/A/O  TERRA  VERDE  COUNTRY
CLUB   MASTER   ASSOCIATION,
INC.,

           Plaintiffs,

v.                                  Case No:  2:19-cv-475-FtM-29NPM

BRIERFIELD       INSURANCE
COMPANY,

           Defendant.
```

**ORDER**

This matter comes before the Court on defendant's Motion to Remand (Doc. #15) filed on August 14, 2019. No response has been filed, and the time to respond has expired. Defendant certifies that the motion is not opposed.

The case was initiated in state court on June 11, 2019, and removed on July 10, 2019, based on the presence of a diversity of citizenship and an amount in controversy in excess of $75,000. (Doc. #1.)  At the time of removal, defendant stated that Brierfield Insurance Company was not a citizen of Florida and therefore diverse from the Florida plaintiff. (Doc. #1, ¶ 5.) Defendant now indicates that it was acquired by FCCI Insurance Group, which is headquartered in Sarasota, Florida, and therefore no diversity exists. The motion will be granted.

Accordingly, it is hereby

**ORDERED:**

1. Defendant's Motion to Remand (Doc. #15) is **GRANTED.** The Clerk is **directed** to remand the case to the Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida, and to transmit a certified copy of this Order to the Clerk of that Court.

2. The Clerk is further **directed** to terminate all pending motions and deadlines, and to close the case.

**DONE and ORDERED** at Fort Myers, Florida, this __5th__ day of September, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record